Gary CORBIN, in his capacity as a Trustee and Fiduciary of the Pattern & Model Makers Association of Warren & Vicinity Pension Fund, Plaintiff–Appellant,

v.

Karl ᵕBLANKENBURG; John Cruz; Charles Furlotte; Robert Kuschel; Joseph Laughhunn; Robert Joe Ledbetter; David Margolis; David McEachin; Robert Stephens; Jerome Wilson; Robert Udell; Mid–Continental Claim Service and Administrators, Inc.; Gary Novara; Laurence Breskin, Defendants–Appellees.

No. 92–1540.

United States Court of Appeals, Sixth Circuit.

Oct. 4, 1993.

Before: MERRITT, Chief Judge; KEITH, KENNEDY, BOYCE F. MARTIN, NATHANIEL R. JONES, MILBURN, RALPH B. GUY, DAVID A. NELSON, RYAN, BOGGS, ALAN E. NORRIS, SUHRHEINRICH, SILER, and BATCHELDER, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED** that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.